IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| DIGITAL SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:08CV410-HTW-LRA |
| vs. | ) |
| | ) |
| BELLSOUTH ADVERTISING AND | ) |
| PUBLISHING CORPORATION D/B/A | ) |
| AT&T ADVERTISING AND PUBLISHING | ) |
| CORPORATION AND DK DIGITAL DESIGN, | |
| Inc. | ) |
| | ) |
| Defendants. | ) |

## AGREED JUDGMENT OF DISMISSAL

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and any and all claims brought or which could have been brought in this cause of action, and this Court, having been advised that this cause has been settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that the cause be and is hereby dismissed, with the claims against BellSouth Advertising and Publishing Corporation, d/b/a AT&T Advertising and Publishing Corporation dismissed with prejudice and the claims against DK Digital Design, Inc., dismissed without prejudice. Each party is to bear their own costs and expenses, including attorney's fees.

ORDERED AND ADJUDGED THIS THE 26th day of February, 2009.

                s/ HENRY T. WINGATE
                CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/James D. Bell_____
JAMES D. BELL
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye_____
RICHARD M. DYE
ATTORNEY FOR BELLSOUTH ADVERTISING & PUBLISHING CORPORATION
D/B/A AT&T ADVERTISING AND PUBLISHING

/s/William M. Dalehite_____
WILLIAM M. DALEHITE
ATTORNEY FOR DK DIGITAL DESIGN


Civil Action No. 3:08-cv-410 HTW-LRA
Agreed Judgment of Dismissal